Case Name: MCPHERON, KENNETH RAY, JR.
Case No:   07-72144

# CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 2/14/08                           WILLIAM T. NEARY
                                         United States Trustee, Region 11


                              BY:   /s/ Carole J. Ryczek
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee