IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
MCPHERON, KENNETH RAY, JR.

CASE NO. 07-72144 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number:

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties In Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 220
        Rockford, IL 61101

   on:  March 19, 2008
   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 2,250.38 | |
| Barrick, Switzer Law Firm Trustee's Firm Legal | $ 0.00 | $ 2,752.50 | |
| Barrick, Switzer Law Firm Trustee's Firm Legal | $ 0.00 | $ | $ 285.00 |

EXHIBIT A

4. The Trustee's Final Report shows total:

    a. Receipts                                               $ 30,003.78

    b. Disbursements                               $ 20,535.22

    C. Net Cash Available for Distribution      $ 9,468.56

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $4,180.68, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $98,683.05, resulting in an approximate distribution of 4.24% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 2/20/08

James E. Stevens

EXHIBIT A

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2144   Doc 33   Filed 02/20/08   Entered 02/23/08 00:18:30   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez             Page 1 of 2           Date Rcvd: Feb 20, 2008
Case: 07-72144                Form ID: pdf002          Total Served: 36


The following entities were served by first class mail on Feb 22, 2008.
db         +Kenneth Ray McPheron, Jr.,    616 Fairview Ave,    South Beloit, IL 61080-1905
aty        +Nathan E Curtis,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
             Chicago, IL 60603-5920
tr         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
             Rockford, IL 61108-2579
11595383   +Anatoly Arber, MD,    Attn: Bankruptcy Dept.,    501 N Riverside Dr #213,    Gurnee, IL 60031-5918
11595379   +Bank of America/MBNA,    Bankruptcy Department,    PO Box 15026,    Wilmington, DE 19850-5026
11595381   +Capital One,    Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
11595378    Chase,    Attn: Bankruptcy Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
11595371   +Chase,    Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
11721785    Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11595374   +Citi Cards,    Bankruptcy Department,    PO Box 688909,    Des Moines, IA 50368-8909
11595385   +Citi Mortgage,    Bankruptcy Department,    PO Box 10229,    Van Nuys, CA 91410-0229
11595391   +Family Doctors RL,    Attn: Bankruptcy Dept.,    756 Rollins Rd,    Round Lake, IL 60073-1340
11595380   +First National Bank of Omaha,    Bankruptcy Department,    1620 Dodge St., Stop Code 3105,
             Omaha, NE 68197-0003
11720959   +First National Credit Card Center,    Div. of First National Bank of Omaha,
             1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0003
11595369   +IC Systems Inc.,    Bankruptcy Department,    444 Highway 96E,    Saint Paul, MN 55127-2557
11595389   +ICS,    Bankruptcy,    PO Box 1010,    Oak Forest, IL 60452-7010
11595388   +ID Med Associates,    Attn: Bankruptcy Dept.,    777 Oakmont Lane,    Suite 1600,
             Westmont, IL 60559-5577
11595392   +Med Choice Medical Center,    Attn: Bankruptcy Dept.,    6905 E State Street,
             Rockford, IL 61108-2692
11595382   +NCO Financial Systems Inc.,    Bankruptcy Department,    PO Box 61247, Dept. 64,
             Virginia Beach, VA 23466-1247
11595390   +NW Memorial Hospital,    Attn: Bankruptcy Dept.,    PO Box 73690,    Chicago, IL 60673-0001
11595377   +Northland Group Inc.,    Bankruptcy Department,    PO Box 390905,    Edina, MN 55439-0905
11595386   +Northwestern Memorial Hospital,    Attn: Bankruptcy Dept.,    251 E. Huron St.,
             Chicago, IL 60611-3232
11595387   +Rollins Family Dental Center,    Attn: Bankruptcy Dept.,    305 E Rollins Rd,
             Round Lake, IL 60073-1331
11595376   +Sears Bankruptcy Recovery,    Citibank USA Sears,    PO Box 20363,    Kansas City, MO 64195-0363
11595373   +Target,    Bankruptcy Department,    PO Box 1327,    Minneapolis, MN 55440-1327
11677798    Target National Bank,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11722759   +US Bank / Retail Payment Solutions?,    PO Box 5229,    Cincinnati, OH 45201-5229
11595370   +US Bank NA,    Bankruptcy/Recovery Dept.,    PO Box 5229,    Cincinnati, OH 45201-5229
11595368    Washington Mutual Card Svcs.,    Bankruptcy Department,    PO Box 660483,    Dallas, TX 75266
11595372   +Wells Fargo,    Bankruptcy Dept,    PO Box 10347,    Des Moines, IA 50306-0347
11683599   +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
             Des Moines, IA 50306-9210
11595384   +Wells Fargo Home Mortgage,    Bankruptcy Department,    PO Box 5296,    Carol Stream, IL 60197-5296

The following entities were served by electronic transmission on Feb 21, 2008.
11595375    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 21 2008 04:06:19     Discover Card,
             Bankruptcy Department,    PO Box 30943,    Salt Lake City, UT 84130
11678419    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 21 2008 04:06:19
             Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
11802242    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11789411    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
             Rockford, Il 61108-2579
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2              Date Rcvd: Feb 20, 2008
Case: 07-72144                Form ID: pdf002         Total Served: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2008**                    **Signature:**        _Joseph Speetjens_