UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| KENNETH RAY McPHERON, JR., | ) | Case No. 07 B 72144 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. All evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, JAMES E. STEVENS

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: May 20, 2008

WILLIAM T. NEARY,
United States Trustee

By: ______________________
Carole Ryczek, Attorney for the U.S. Trustee

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

April 01, 2008 through April 30, 2008
Account Number: 000312096998866

**CUSTOMER SERVICE INFORMATION**

Service Center: 1-800-634-5273

00015885 DBI 802 24 12208 - NNNNN 1 000000000 60 0000

07-72144 MCPHERON KENNETH RAY JR
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$374.09** |
| Checks Paid | 1 | - 374.09 |
| **Ending Balance** | **1** | **$0.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 108 | 04/02 | $374.09 |
| **Total Checks Paid** | | **$374.09** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/02 | $0.00 |

JPMorganChase

March 01, 2008 through March 31, 2008
Account Number: 000312096998866

ACCOUNT # 000312096998866
MCPHERON KENNETH RAY JR
07-72144

**IMAGES**

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 101
07-72144 MD. MCPHERON, KENNETH RAY, JR.
312096998866
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108
Date 03/19/2008 $ *******2,752.50
---Two Thousand Seven Hundred Fifty-Two Dollars and 50/100
Barrick, Switzer Law Firm
6833 Stalter Drive
Rockford IL 61108
JAMES E. STEVENS

005010026324 MAR 21 #0000000101 $2,752.50

PAY TO THE ORDER OF
ALPINE BANK 071923307
ROCKFORD, IL
FOR DEPOSIT ONLY
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTORNEY ESCROW
7004935
126082126-03-28-2008>071923307<

005010026324 MAR 21 #0000000101 $2,752.50

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 102
07-72144 MB. MCPHERON, KENNETH RAY, JR.
312096998866
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108
Date 03/19/2008 $ **********285.00
---Two Hundred Eighty-Five Dollars and 00/100
Barrick, Switzer Law Firm
6833 Stalter Drive
Rockford IL 61108
JAMES E. STEVENS

005010026329 MAR 21 #0000000102 $285.00

PAY TO THE ORDER OF
ALPINE BANK 071923307
ROCKFORD, IL
FOR DEPOSIT ONLY
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTORNEY ESCROW
7004935
126082124-03-28-2008>071923307<

005010026329 MAR 21 #0000000102 $285.00

JPMorganChase

March 01, 2008 through March 31, 2008

Account Number: 000312096998866

ACCOUNT # 000312096998866
MCPHERON KENNETH RAY JR
07-72144

005010026328 MAR 21 #0000000103 $2,250.38

005010026328 MAR 21 #0000000103 $2,250.38

006610668030 MAR 25 #0000000104 $364.59

006610668030 MAR 25 #0000000104 $364.59

JPMorganChase

March 01, 2008 through March 31, 2008
Account Number: 000312096998866

ACCOUNT # 000312096998866
MCPHERON KENNETH RAY JR
07-72144

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 105
Case 07-72144 MD
Debtor MCPHERON, KENNETH RAY, JR.
312096998866
JAMES E. STEVENS
ROCKFORD IL 61114
Date 03/19/2008 $ *********569.35
---Five Hundred Sixty-Nine Dollars and 35/100
Discover Bank/DFS Services LLC
PO Box 3025
New Albany OH 43054-3025
RECEIVED NRC
MAR 24 2008
JAMES E. STEVENS
⑈0000010 5⑈ ⑆0210000 21⑆312096998866⑈ ⑈0000056935⑈

008770090138 MAR 26 #0000000105 $569.35

FOR DEPOSIT ONLY

008770090138 MAR 26 #0000000105 $569.35

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 106
Case 07-72144 MB
Debtor MCPHERON, KENNETH RAY, JR.
312096998866
JAMES E. STEVENS
ROCKFORD IL 61114
Date 03/19/2008 $ *********102.24
---One Hundred Two Dollars and 24/100
Wells Fargo Bank, N.A.
c/o Wells Fargo Card Services
Recovery Department, P.O. Box 9210
Des Moines IA 50306
JAMES E. STEVENS
⑈00000106⑈ ⑆0210000 21⑆312096998866⑈

005110597822 MAR 25 #0000000106 $102.24

005110597822 MAR 25 #0000000106 $102.24

JPMorganChase

March 01, 2008 through March 31, 2008
Account Number: **000312096998866**

ACCOUNT # 000312096998866
MCPHERON KENNETH RAY JR
07-72144

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 107

07-72144 MB MCPHERON, KENNETH RAY, JR.
312096998866

JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 03/19/2008 $ ***********14.32

---Fourteen Dollars and 32/100

Pay to the Order of: Rollins Family Dental Center
Attn: Bankruptcy Dept.
305 E Rollins Rd
Round Lake IL 60073

JAMES E. STEVENS

⑈00000107⑈ ⑆021000021⑆312096998866⑈ ⑈0000001432⑈

006510606245 MAR 26 #0000000107 $14.32

MAR 25 08

7518436563

006510606245 MAR 26 #0000000107 $14.32

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 109

07-72144 MB MCPHERON, KENNETH RAY, JR.
312096998866

JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 03/19/2008 $ **********182.81

---One Hundred Eighty-Two Dollars and 81/100

Pay to the Order of: Chase Bank USA
c o Weinstein and Riley, PS
po box 3978
seattle WA 98124-3978

JAMES E. STEVENS

⑈00000109⑈ ⑆021000021⑆312096998866⑈ ⑈0000018281⑈

006610668024 MAR 25 #0000000109 $182.81

1221-0527-8
0443823338

CREDIT TO THE ACCT OF THE
NAMED PAYEE-W/O PREJUDICE,
WELLS FARGO BANK
SEATTLE WA 98188

006610668024 MAR 25 #0000000109 $182.81



JPMorganChase

April 01, 2008 through April 30, 2008

Account Number: 000312096998866

ACCOUNT # 000312096998866
MCPHERON KENNETH RAY JR
07-72144

## IMAGES

004910027448 APR 02 #0000000108 $374.09

004910027448 APR 02 #0000000108 $374.09

JPMorganChase

March 01, 2008 through March 31, 2008

Account Number: 000312096998866

ACCOUNT # 000312096998866
MCPHERON KENNETH RAY JR
07-72144

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 110

Case: 07-72144 MB
Debtor: MCPHERON, KENNETH RAY, JR.
312096998866
Dividend paid 4.23% on $15,441.62; Claim# 7; Filed: $15,441.62; Reference:

TID 0330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 03/19/2008 $ **********654.18

---Six Hundred Fifty-Four Dollars and 18/100

Pay to the Order of: Chase Bank USA
c o Weinstein and Riley, PS
po box 3978
seattle WA 98124-3978

JAMES E. STEVENS

⑈00000110⑈ ⑆021000021⑆312096998866⑈ ⑇0000065418⑇

006610668029 MAR 25 #0000000110 $654.18

CREDIT TO THE ACCT OF THE
NAMED PAYEE-W/O PREJUDICE:
WELLS FARGO BANK
SEATTLE WA 98188

1221-0527-8
0443823361

006610668029 MAR 25 #0000000110 $654.18

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 111

Case: 07-72144 MB
Debtor: MCPHERON, KENNETH RAY, JR.

TID 0330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 03/19/2008 $ **********816.55

---Eight Hundred Sixteen Dollars and 55/100

Pay to the Order of: US Bank / Retail Payment Solutions?
PO Box 5229
Cincinnati OH 45201

JAMES E. STEVENS

⑈00000111⑈ ⑆021000021⑆312096998866⑈ ⑇0000081655⑇

006510694940 MAR 26 #0000000111 $816.55

4827556540

US BANK
FOR DEPOSIT ONLY

006510694940 MAR 26 #0000000111 $816.55

Page 6 of 8

March 01, 2008 through March 31, 2008
Account Number: **000312096998866**

ACCOUNT # 000312096998866
MCPHERON KENNETH RAY JR
07-72144

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 112

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Case: 07-72144 MD
Debtor: MCPHERON, KENNETH RAY, JR
312096998866

5424180163710389

Date 03/19/2008 $ *********250.82

---Two Hundred Fifty Dollars and 82/100

Pay to the Order of: LVNV Funding LLC its successors and assigns as assignee of Citibank
Resurgent Capital Services PO Box 10587
Greenville SC 29603-0587

JAMES E. STEVENS

002410691101 MAR 27 #0000000112 $250.82

5716777466

002410691101 MAR 27 #0000000112 $250.82

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 113

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Case: 07-72144 MD
Debtor: MCPHERON, KENNETH RAY, JR
312096998866

4185 6471 5913 1272

Date 03/19/2008 $ *********464.25

---Four Hundred Sixty-Four Dollars and 25/100

Pay to the Order of: LVNV Funding LLC its successors and assigns as assignee of Washington Mutual
Resurgent Capital Services PO Box 10587
Greenville SC 29603-0587

JAMES E. STEVENS

002410691099 MAR 27 #0000000113 $464.25

5716777464

002410691099 MAR 27 #0000000113 $464.25






JPMorganChase

March 01, 2008 through March 31, 2008

Account Number: 000312096998866

ACCOUNT # 000312096998866
MCPHERON KENNETH RAY JR
07-72144

JPMORGAN CHASE BANK, N.A.
VOID AFTER 90 DAYS
114
JAMES E. STEVENS
07-72144 MB
MCPHERON, KENNETH RAY, JR
312096998866
5121671744025820
Date 03/19/2008
$ *********387.48
---Three Hundred Eighty-Seven Dollars and 48/100
LVNV Funding LLC its successors and assigns as assignee of Citibank
Resurgent Capital Services,PO Box 10587
Greenville SC 29603-0587
JAMES E. STEVENS

002410691102 MAR 27 #0000000114 $387.48

002410691102 MAR 27 #0000000114 $387.48

